W. H. STACK v. STATE.

No. A-679.   Opinion Filed September 19, 1911.

Appeal from Comanche County Court; James H. Wolverton, Judge.

W. H. Stack was convicted of violating the prohibitory law, and appeals. Dismissed.

Ray & Cunningham, for plaintiff in error.

. Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.  Plaintiff in error was convicted in the county court of Comanche county on the 10th day of June, 1909, and after repeated continuances for the purpose of passing sentence, was on the 5th day of February, 1910, sentenced to serve sixty days in the county jail and to pay a fine of two hundred fifty dollars.   The appeal was perfected in this court on the 25th day of March, 1910.   On the 7th day of December, 1910, counsel for plaintiff in error filed a motion to dismiss the appeal.   The motion is sustained, and the appeal dismissed with directions to the trial court to enforce the judgment and sentence.

---

A. S. JONES v. STATE.

No. A-691.   Opinion Filed September 19, 1911.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

A. S. Jones was convicted of violating the prohibitory law, and appeals.   Dismissed.

E. G. McAdams, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.  Plaintiff in error was convicted in the county court of Oklahoma county, and on the 7th day of March, 1910, was sentenced to pay a fine of five hundred dollars and be confined in the county jail for a period of ninety days.   On the 6th day of September, 1911, this case was set for oral argument.   Counsel for plaintiff in error in open court moved to dismiss the appeal on the ground that the plaintiff in error had been paroled.   The motion is allowed and the appeal accordingly dismissed.